IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

_____

***United States of America***
***v.***
***Raquan Johnson***

_____

Case No. 25-cr-00184-WJM

_____

**Exhibit 1**

Conventional Submission
Body Worn Camera of Officer Kudela
INV_00000298

