IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

_____

***United States of America***
***v.***
***Raquan Johnson***

_____

Case No. 25-cr-00184-WJM

_____

**Exhibit 2**

Conventional Submission
Body Worn Camera of Officer Aspras
INV_00000299

tabbies®

DEFENDANT'S
EXHIBIT

2
_____
25-cr-00184-WJM