IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

_____

*United States of America*
*v.*
*Raquan Johnson*

_____

Case No. 25-cr-00184-WJM

_____

**Exhibit 3**

Conventional Submission
Body Worn Camera of Officer Link
INV_00000300

DEFENDANT'S
EXHIBIT

3
_____
25-cr-00184-WJM

tabbies