# AURORA POLICE DEPARTMENT

**GO# AP 2025-82928**
**ARREST / APD**
**SUMMONS ISSUED**

## GENERAL OFFENSE HARDCOPY
### (WEAPON-POSSESSION)

Follow Up Report # AP  6

 **DISCOVER**     **Event Details Report** – AP25000082917     Run Date: 05 May 2025 15:37 UDT

| Disposition | Initial Type | Final Type | Supp. Type |
|---|---|---|---|
| 9931 | | FASST | |

| Case Number | Event Description | Priority | Call Source |
|---|---|---|---|
| AP25000082917 | | 1 | 911 SYSTEM |

| Location | Location Description |
|---|---|
| 6377 N NETHERLAND CT | |

| Entered | Dispatched | Enroute | Arrived | Closed |
|---|---|---|---|---|
| 04 May 2025 03:28 | 04 May 2025 03:32 | 04 May 2025 03:33 | 04 May 2025 03:40 | 04 May 2025 14:41 |

| Complainant | Phone | Reporting Area | Beat | District |
|---|---|---|---|---|
| R | | 94R1 | 13 | 2 |

## Event Activity

| Entry Date | Unit ID | Status | Comments |
|---|---|---|---|
| 04 May 2025 03:28 | | | COMPLAINANT: S |
| 04 May 2025 03:28 | | | COMPLAINANT: R |
| 04 May 2025 03:28 | | | SEE MRE |
| 04 May 2025 03:30 | | | Y DK AND DRG |
| 04 May 2025 03:30 | | | DA AND FEMS ARE PHY FITINGRIGHT NOW |
| 04 May 2025 03:30 | | | UNK THE FEMS NME |
| 04 May 2025 03:30 | | | DAD IS CHRISTOPHER |
| 04 May 2025 03:30 | | | SROSE |
| 04 May 2025 03:30 | | | FEM HIT RP NAD NDAD ... THREW RP DOWN THE STAIRS ... FEMS WILL NOT LEAVE ... UNK IF HE NEEDS MEDICAL |
| 04 May 2025 03:30 | | | Y WEAP- FEMS HAVE A PISTOL ... DID NOT USE IT FEMS JUST HAVE |
| 04 May 2025 03:31 | | | 6-7 PEOPLE PHY FITING |
| 04 May 2025 03:31 | | | RP LOC- UPSTAIRS |
| 04 May 2025 03:31 | | | ALOT OF YELLING IN THE BG |
| 04 May 2025 03:31 | | | RP DAD IS O NTHE STAIRS RIGHT NOW |
| 04 May 2025 03:31 | | | RP IS TAMARUS |
| 04 May 2025 03:32 | 314 | EE | |
| 04 May 2025 03:32 | 314 | DU | |
| 04 May 2025 03:32 | 316 | DU | |
| 04 May 2025 03:32 | | | FEM WONT LEAVE |
| 04 May 2025 03:32 | 316 | EE | |
| 04 May 2025 03:32 | 317 | DU | |
| 04 May 2025 03:32 | 317 | EE | |

- 1-



DEFENDANT'S EXHIBIT
4
25-cr-00184-WJM

CORONA SOLUTIONS

INV_00000221

## AURORA POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### (WEAPON-POSSESSION)

GO# AP 2025-82928

**ARREST / APD**

**SUMMONS ISSUED**

Follow Up Report # AP  6

 **DISCOVER**    **Event Details Report** – AP25000082917    Run Date: 05 May 2025 15:37 UDT

| 04 May 2025 03:32 | | | DAD POSS MIGHT NEED MEDICAL - UNK FOR SURE |
|---|---|---|---|
| 04 May 2025 03:32 | 624 | DU | |
| 04 May 2025 03:32 | 317 | EE | |
| 04 May 2025 03:32 | 312 | DU | |
| 04 May 2025 03:32 | 318 | DU | |
| 04 May 2025 03:32 | | | FEM THAT PUSHED RP H/F ... 20 YO ... - LSW- ALL BLK /BLUE AND BLK SHOES |
| 04 May 2025 03:33 | 312 | EE | |
| 04 May 2025 03:33 | 318 | EE | |
| 04 May 2025 03:33 | 318 | ER | |
| 04 May 2025 03:33 | 312 | EE | |
| 04 May 2025 03:33 | 318 | EE | |
| 04 May 2025 03:33 | | | B/M ... TALL ... DREAD ...LSW- ALL BLK HAS THE PISTOL |
| 04 May 2025 03:34 | | | RP ADVED EVERYONE IS OUTSIDE ... BUT ARE OUTSIDE THE ADDR |
| 04 May 2025 03:34 | | | DAD CRYING I NTHE BG |
| 04 May 2025 03:34 | | | DAD DOES NEED MEDICAL |
| 04 May 2025 03:35 | | | RP SAYING DO NOT TOUCH ME |
| 04 May 2025 03:35 | | | RP NOW CRYING |
| 04 May 2025 03:36 | | | IU /WHERE IS THE MALE WITH THE PISTOL |
| 04 May 2025 03:36 | | | DAD IS FREAKING OUT - JUST UPSET |
| 04 May 2025 03:36 | | | DAD LOC - IN THE HOUSE |
| 04 May 2025 03:36 | | | UNK VEH ASSOCIATEDWITH SUBJS |
| 04 May 2025 03:36 | 624 | DU | |
| 04 May 2025 03:37 | | | UNK LOC OF THE MALE WITH PISTOL |
| 04 May 2025 03:38 | | | AF20436:,B508 COPIES TO STAGE |
| 04 May 2025 03:38 | | | AF20436:,SUBJS ALL LEFT |
| 04 May 2025 03:38 | | | AF20436:,UNK WHAT VEH THEY ARE IN |
| 04 May 2025 03:38 | 625 | DU | |
| 04 May 2025 03:38 | | | AF20436:,DAD IS TALKING TO HIMSELF |
| 04 May 2025 03:38 | 317 | ER | |
| 04 May 2025 03:38 | | | AF20436:,GLASS IS EVERYWHERE |
| 04 May 2025 03:39 | | | AF20436:,DAD GF SIS HIT RP .... HAS A GRY /CRYSLER /300 |
| 04 May 2025 03:40 | 316 | OS | |
| 04 May 2025 03:40 | | | AF20436:,JENNY IS POSS FEM NAME - THIS IS THE H/F THAT PUSHED RP DOWEN THE STAIRS |
| 04 May 2025 03:40 | | | AF20436:,POSS FAM ISSUE |
| 04 May 2025 03:40 | 314 | OS | |
| 04 May 2025 03:40 | | | @7302672 |
| 04 May 2025 03:41 | 312 | OS | |
| 04 May 2025 03:41 | 318 | OS | |
| 04 May 2025 03:41 | | | AF20436:,CT SELF ANSWERED PRO QA QS |

 **CORONA SOLUTIONS**

- 2-

INV_00000222