# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-cr-00184-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

RAQUAN JOHNSON,

     Defendant.

---

## MOTION TO VACATE UPCOMING TRIAL DATES

---

The United States of America, by and through the United States Attorney for the District of Colorado, Peter McNeilly, and Leah Perczak, Assistant United States Attorney, respectfully requests an order from the Court vacating all upcoming trial dates associated with this matter.

On February 13, 2026, the defendant filed a Motion to Suppress Evidence [Doc. 46]. The Court granted the Motion to Suppress Evidence on March 26, 2026 [Doc. 53]. Following the Court's order on the Motion, the trial date and related deadlines were re-set, and a Jury Trial is currently set to begin on May 4, 2026 with a Trial Preparation Conference on April 27, 2026 [Doc. 54]. The government is awaiting a final determination as to whether to file a Motion to Dismiss the Indictment in this case, or whether an appeal will be pursued. The government anticipates filing either a Motion to Dismiss the Indictment or a Notice of Appeal by April 24, 2026. Should the government file a Notice of Appeal, this Court will be divested of jurisdiction over the matter pending resolution of the appeal.

As a result, the government requests an order vacating the current trial date and the pretrial conference, as the government will not be proceeding to a Jury Trial in this matter as currently scheduled.  Undersigned counsel conferred with counsel for the defendant who indicated that the defendant has no objection to this motion, so long as there is no request to exclude time from the Speedy Trial Act.

Respectfully submitted this 22nd day of April, 2026.

PETER MCNEILLY
UNITED STATES ATTORNEY


By:    *s/Leah Perczak*
        Leah Perczak
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Email: Leah.Perczak@usdoj.gov
        Attorney for the Government

### CERTIFICATE OF SERVICE

I certify that on this 22nd day of April, 2026, I electronically filed the foregoing MOTION TO VACATE TRIAL DATES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*By:  s/ Leah Perczak*
Leah Perczak,
Assistant United States Attorney