**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 25-cr-00184-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RAQUAN JOHNSON,

      Defendant.

---

**UNITED STATES' MOTION TO DISMISS INDICTMENT**

---

The United States of America, by and through the United States Attorney for the District of Colorado, Peter McNeilly, and Leah Perczak, Assistant United States Attorney, hereby moves this Court to enter an order dismissing the Indictment as to the above-captioned defendant without prejudice. Such dismissal is in the interests of justice.

Respectfully submitted this 24th day of April, 2026.

                      PETER MCNEILLY
                      UNITED STATES ATTORNEY

      By:    *s/Leah Perczak*
                      Leah Perczak
                      Assistant United States Attorney
                      United States Attorney's Office
                      1801 California Street, Suite 1600
                      Denver, Colorado 80202
                      Telephone: (303) 454-0100
                      Email: Leah.Perczak@usdoj.gov
                      Attorney for the Government

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of April, 2026, I electronically filed the foregoing MOTION TO DISMISS INDICTMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<span style="padding-left: 5em;">*By:  s/ Leah Perczak*</span>
<span style="padding-left: 5em;">Leah Perczak,</span>
<span style="padding-left: 5em;">Assistant United States Attorney</span>