**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 25-cr-184-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.    RAQUAN JOHNSON**,

       Defendant.

---

**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT**

---

This matter comes before the Court on the Government's Motion to Dismiss the Indictment, filed April 24, 2026 (ECF No. 63). The Government seeks dismissal of the Indictment without prejudice. The Court, having considered the Government's Motion and the record, hereby ORDERS as follows:

The Motion to Dismiss the Indictment is hereby GRANTED. The Indictment in the above-captioned matter as to the Defendant is hereby DISMISSED WITHOUT PREJUDICE.

Dated this 24th day of April, 2026.

BY THE COURT:

_____
William J. Martínez
Senior United States District Judge